CENTER FOR DISABILITY ACCESS
MARK POTTER, SBN 166317
PHYL GRACE, ESQ., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
mark@PotterHandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br> v. <br> **Andy Fong**, in his individual and representative capacity as Trustee-- Andy Fong Revocable Trust; and Does 1-10 <br> Defendants. | Case No.: 2:15-cv-00141-JAM-DAD <br><br> **ORDER** |

Having read Plaintiff's Application for Publication of Summons and the supporting documentation filed therewith, and finding good cause therefore,

**IT IS ORDERED** that the service of the summons in this action is made by publication of summons pursuant to Code of Civil Procedure, section 415.50, upon Defendant Andy Fong in Spectrum, a newspaper of general circulation published at 530 Bercut Drive, Suite E, Sacramento, CA 95814 and that said publication be made at least once a week for four successive weeks.

**IT IS FURTHER ORDERED** that a copy of the said summons and of said complaint in this action be deposited in the United States Post Office, postage prepaid, directed to said defendants, if

1 | his address is ascertained before expiration of the time prescribed for the publication of this summons.

2

3 | Date: **9/23/2015**     /s/ John A. Mendez

4

5 | **United States District Court Judge**